**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

    Clerk of Court

UNITED STATES OF AMERICA      07 CR 1539

    **NOTICE OF APPEARANCE**

-against-

**WILLIAM MOORE**

-------------------------------------------------------------

TO:    CLERK OF UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTIONS AS (Please check one)

    1.[ ] C.J.A.     2.[**X**] RETAINED     3.[ ] PUBLIC DEFENDER (legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. **10** YR. **1973**

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: NEW YORK, NEW YORK
    **October 4, 2007**

    SIGNATURE   *Benjamin Heinrich*
    PRINT THE FOLLOWING INFORMATION CLEARLY

**Benjamin Heinrich**
Attorney for Defendant
**BENJAMIN HEINRICH, P.C.**
Firm name if any
**189 East 163rd Street**
Street address
**Bronx,**     **NY**     **10451**
City     State     Zip

**718-588-4400**
Telephone No.

NOTE: PLEASE COMPLETE NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186