# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------  Clerk of Court

    UNITED STATES OF AMERICA          07 CR 1539

## NOTICE OF APPEARANCE

-against-

**WILLIAM MOORE**

-----------------------------------------------------------------

TO:    CLERK OF UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTIONS AS (Please check one)

     1.[ ] C.J.A.     2.[**X**] RETAINED     3.[ ] PUBLIC DEFENDER (legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. **10** YR. **1973**

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: NEW YORK, NEW YORK
       **October 4, 2007**

                               SIGNATURE    *Benjamin Heinrich*
                               PRINT THE FOLLOWING INFORMATION CLEARLY

                               **Benjamin Heinrich**
                               Attorney for Defendant
                               **BENJAMIN HEINRICH, P.C.**
                               Firm name if any
                               **189 East 163rd Street**
                               Street address
                               **Bronx,**         **NY**         **10451**
                               City           State        Zip

                               **718-588-4400**
                               Telephone No.

NOTE: PLEASE COMPLETE NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186