UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

WILLIAM MOORE,

           Defendant.

- - - - - - - - - - - - - - - - - - x

# 07 CRIM 1060

NOTICE OF INTENT
TO FILE AN
INFORMATION

07 Cr.

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
           November __, 2007

                MICHAEL J. GARCIA
                United States Attorney

      By:    _____
            Michael Q. English
            Assistant United States Attorney

      AGREED AND CONSENTED TO:

      By:    _____
            Benjamin Heinrich, Esq.
            Attorney for WILLIAM MOORE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

SULLIVAN