UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

v. :

WILLIAM MOORE, :

Defendant. :

- - - - - - - - - - - - - - - x

07 Cr.

07 Cr. 1060

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and Title 18, United States Code, Section 924(c)(1)(A)(i) and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

William Moore
Defendant

Helen Lewis
Witness

Counsel for Defendant
Benjamin Heinrich, Esq.

Date: New York, New York
November 21, 2007




0202