**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2007

**MEMO ENDORSED**

**BY HAND**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: **United States v. William Moore**
          07 Cr. 1060(RJS)   07CR 1060

Dear Judge Sullivan:

    On November 21, 2007, the defendant waived indictment before United States Magistrate Judge Douglas F. Eaton, and the Government filed Information 07 Cr. 106 (RJS). After discussing the matter with Your Honor's deputy clerk, the Government respectfully requests that a pretrial conference be scheduled for December 6, 2007 at 3:15 pm.

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act from today until December 6, 2007. Benjamin Heinrich, Esq., counsel to defendant William Moore, consents to this request for the exclusion of time.

    Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _/s/_
Michael Q. English/Parvin Moyne
Assistant United States Attorneys
(212) 637-2594/2510

cc: Benjamin Heinrich, Esq. (via fax)

*[Handwritten endorsement:]* Time is excluded from today until December 6, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A). SO ORDERED. Dated: 11/28/07
RICHARD J. SULLIVAN
U.S.D.J.