UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**United States of America**

-v-

**William Moore**
          **Defendant.**

Case No.
07 CR 1060 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      Upon the joint application of the parties to adjourn the conference previously scheduled for January 31, 2008 it is hereby ORDERED that the request is granted. The conference is rescheduled to February 5, 2008 at 3pm. The time between January 30, 2008 and February 5, 2008 shall be excluded pursuant to 18 USC 3161(h)(8)(A) in the interests of justice.

Dated: January 30, 2008
      New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE