```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   WAIVER OF INDICTMENT

        - v. -                    :   S1 07 Cr. 1060 (RJS)

WILLIAM MOORE,                    :

        Defendant.                :

- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 922(a), 924(c), 1951 & 2, and Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

*/s/ William Moore*
WILLIAM MOORE
Defendant

*/s/*
Witness

*/s/*
BENJAMIN HEINRICH, ESQ.
Counsel for Defendant

Date:  New York, New York
       February 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 08 2008

0202